**Slip Op. 05-36**

# UNITED STATES COURT OF INTERNATIONAL TRADE

_____
                                        :
FORMER EMPLOYEES OF SUN                 :
APPAREL OF TEXAS, ROSA TUCKER,          :
RODOLFO BRICENO, DIANA CASTRO,          :
DIANA SANDOVAL, and REFUGIO             :
GARCIA,                                 :        **Before: RESTANI, Chief Judge**
                                        :        Court No. 03-00625
            Plaintiffs,                 :
                                        :
        v.                              :
                                        :
UNITED STATES SECRETARY OF              :
LABOR,                                  :
                                        :
            Defendant.                  :
_____:

## JUDGMENT

In Former Employees of Sun Apparel of Texas v. United States Secretary of Labor, No.
03-00625, Slip Op. 04-106 (Ct. Int'l Trade Aug. 20, 2004), the court remanded to the United
States Department of Labor its determination that plaintiffs were ineligible for Trade Adjustment
Assistance benefits.  The Department of Labor has issued its remand determination, which again
found plaintiffs ineligible.  See Negative Determination on Remand Regarding Eligibility to
Apply for Worker Adjustment Assistance, TA-W-51,120 (Dep't Labor Dec. 16, 2004).  Plaintiffs
did not file comments to the remand determination.

Defendant now moves for judgment on the agency record.  Because plaintiffs did not file
any objections to the remand determination, it is hereby

ORDERED that defendant's motion for judgment on the agency record is GRANTED;

ORDERED that the Department of Labor's negative remand determination is sustained;

and

ORDERED that judgment is entered for defendant.


                                            s/ Jane A. Restani
                                                 Jane A. Restani
                                                 Chief Judge

DATED:  This 17th day of March, 2005.
              New York, New York